DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

WILFREDO ROSADO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0783

————————————————

May 15, 2024

Appeal from the Circuit Court for Hillsborough County; Barbara Twine
Thomas, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


SLEET, C.J., and NORTHCUTT and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.